RELUME CORPORATION TRUST, Denny Foy, Shawn Grady, and Marie Hochstein, Trustees, Plaintiffs–Appellants,

v.

GE LIGHTING SOLUTIONS, LLC, Defendant–Appellee.

No. 2014–1267.

United States Court of Appeals, Federal Circuit.

Jan. 29, 2015.

Daniel R. Ferri, Niro, Haller & Niro, of Chicago, IL, argued for plaintiffs-appellants. With him on the brief were Brian E. Haan and Timothy J. Haller. Of counsel on the brief was Robert P. Greenspoon, Flachsbart & Greenspoon, LLC, of Chicago, IL.

Richard L. Rainey, Executive Counsel, IP Litigation, argued for defendant-appel-

lee. With him on the brief were Robert J. McAughan, Jr., and Bruce J. Cannon, Sutton McAughan Deaver PLLC, of Houston, TX.

NEWMAN, MOORE, and HUGHES, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**